1  JEFFORY J. SCHARFF (SBN 137620)
   SCHARFF, BRADY & VINDING
2  400 Capitol Mall, Suite 2640
   Sacramento, CA 95814
3  Telephone:  (916) 446-3400
   Facsimile:   (916) 446-7159
4  sbv-law@scharff.us

5  Attorneys for Defendants, GUSTAFSON
   AUTO WRECKING AND TOWING, INC.,
6  DALE GUSTAFSON and DAN GUSTAFSON

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 CALIFORNIA SPORTFISHING              CASE NO.  2:10-cv-01408-JAM-EFB (TEMP)
   PROTECTION ALLIANCE, a non-profit
12 corporation,                         JOINT STIPULATION AND ORDER

13                  Plaintiff,
                                        Hearing Date:  March 9, 2011
14 v.                                   Time:          9:30 a.m.
                                        Location:      Courtroom 6
15 GUSTAFSON AUTO WRECKING AND
   TOWING, INC., a California corporation,   Action Filed:  June 8, 2010
16 DALE GUSTAFSON, an individual, and
   DAN GUSTAFSON, an individual,
17
                   Defendants.
18

19        WHEREAS, Defendants, GUSTAFSON AUTO WRECKING AND TOWING, INC., a

20 California corporation, DALE GUSTAFSON, an individual, and DAN GUSTAFSON, an

21 individual, (Defendants) have pending before the Court Defendants' Motion to Dismiss Plaintiff's

22 First Amended Compliant pursuant to Fed. R. Civ. P 12 (b)(6); and

23        WHEREAS, Plaintiff, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a

24 non-profit corporation, has pending before the Court, Plaintiff's Motion for Leave to File Second

25 Amended Complaint for Declaratory and Injunctive Relief and Civil Penalties.

26        NOW, THEREFORE, the parties hereto hereby stipulate as follows:

27        1.       Defendants will dismiss their pending Motion to Dismiss Plaintiff's First Amended

28 Compliant pursuant to Fed. R. Civ. P 12 (b)(6);  and instead stipulate to Plaintiff's leave to file a

                                    -1-
                    STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Second Amended Complaint for Declaratory and Injunctive Relief and Civil Penalties; and

2.       Plaintiff will dismiss its pending Motion For Leave to File Second Amended

Complaint for Declaratory and Injunctive Relief and Civil Penalties.


Dated: February 22, 2011                    SCHARFF, BRADY & VINDING


                                            By:   /s/Jeffory J. Scharff
                                                  Jeffory J. Scharff  (SBN 137620)
                                                  Attorneys for Defendants, GUSTAFSON
                                                  AUTO WRECKING AND TOWING, INC.,
                                                  DALE GUSTAFSON and DAN GUSTAFSON
                                                  (As authorized on February 22, 2011)


Dated: February 22, 2011                    LAW OFFICES OF ANDREW L. PACKARD


                                            By:   /s/Erik Roper
                                                  Erik M. Roper  (SBN 259756)
                                                  Attorneys for Plaintiff
                                                  CALIFORNIA SPORTFISHING
                                                  PROTECTION ALLIANCE
                                                  (As authorized on February 22, 2011)


## ORDER

        Pursuant to the stipulation of the parties, the requests for dismissal of the aforementioned

Defendants' Motion to Dismiss Plaintiff's First Amended Compliant and Plaintiff's Motion For

Leave to File Second Amended Complaint for Declaratory and Injunctive Relief and Civil

Penalties are granted.

        It is further ordered that Plaintiff shall be granted leave to file the aforementioned Second

Amended Complaint.

        It is so ordered.


Dated:   2/24/2011                          /s/ John A. Mendez
                                            Honorable John A. Mendez
                                            United States District Court Judge

STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com