IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | | |
| | Plaintiff, | No. CIV S-10-1408 JAM EFB (TEMP) |
| vs. | | |
| GUSTAFSON AUTO WRECKING AND TOWING, INC., et al., | | ORDER RE SETTLEMENT & DISPOSITION |
| | Defendants. | |

This matter was before the court for a settlement conference on March 31, 2011. The parties and their counsel were present. A tentative settlement has been reached. Counsel will meet further on finalizing the language for a written settlement agreement. Under the Clean Water Act, the final settlement requires approval by the United States and a schedule for completion of that process and the filing of dispositional documents is set out below.

Counsel shall file a formal Notice of Settlement by April 15, 2011. If there is no objection to the settlement, the filing of final dispositional documents shall be completed within 75 days of the filing of the formal Notice of Settlement.

All previously set dates in this matter are hereby vacated.

1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: March 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE