1  ANDREW L. PACKARD (State Bar No. 168690)
   ERIK ROPER (State Bar No. 259756)
2  HALLIE B. ALBERT (State Bar No. 258737)
   Law Offices of Andrew L. Packard
3  100 Petaluma Blvd. N Ste 301
   Petaluma, CA 94952
4  Tel: (707) 763-7227
   Fax: (415) 763-9227
5  E-mail: andrew@packardlawoffices.com
           erik@packardlawoffices.com
6          hallie@packardlawoffices.com

7  ROBERT J. TUERCK (State Bar No. 255741)
8  Jackson & Tuerck
   P. O. Box 148
9  429 W. Main Street, Suite C
   Quincy, CA 95971
10 Tel: (530) 283-0406
   E-mail: bob@jacksontuerck.com
11
   Attorneys for Plaintiff CALIFORNIA
12 SPORTFISHING PROTECTION ALLIANCE

13               UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
14

15

16 CALIFORNIA SPORTFISHING              Case No. 2:10-CV-01408-JAM-EFB (TEMP)
   PROTECTION ALLIANCE, a non profit
17 corporation,
                                        STIPULATION TO DISMISS
18          Plaintiff,                  PLAINTIFF'S CLAIMS WITH
                                        PREJUDICE; ORDER GRANTING
19    vs.                               DISMISSAL WITH PREJUDICE [FRCP
                                        41(a)(2)]
20 GUSTAFSON AUTO WRECKING AND
   TOWING, INC., a California corporation,
21 DALE GUSTAFSON, an individual, and
   DAN GUSTAFSON, an individual,
22

23          Defendants.

24 TO THE COURT:

25      Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA"), and

26 Defendants Gustafson Auto Wrecking And Towing, Inc., Mr. Dale Gustafson and Mr. Dan

27 Gustafson ("Defendants") (collectively, the "Parties") stipulate as follows:

28

   STIPULATION TO DISMISS WITH PREJUDICE;      CASE NO. 2:10-CV-01408-JAM-EFB (TEMP)
   [PROPOSED] ORDER                            1
   927112.1

**WHEREAS**, on or about April 9, 2010, CSPA provided Defendants with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

**WHEREAS**, on June 8, 2010, CSPA filed its initial Complaint against Defendants in this Court, *California Sportfishing Protection Alliance v. Gustafson Auto Wrecking And Towing, Inc.*, *et al* (USDC, E.D. Cal., Case No. 2:10-CV-01408-JAM-EFB (TEMP));

**WHEREAS**, in response to CSPA's Motion For Leave To File A First Amended Complaint, the Court deemed CSPA's First Amended Complaint filed on December 2, 2010, and CSPA filed a Second Amended Complaint pursuant to stipulation on February 24, 2011 ("Complaint") and said Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter;

**WHEREAS**, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the agreement ("Consent Agreement") entered into by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by reference.

**WHEREAS**, CSPA submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with prejudice. In accordance with Clause 18 of the Consent Agreement, the Parties also request that this Court

PDF created with pdfFactory trial version www.pdffactory.com

retain and have jurisdiction over the Parties through September 30, 2013, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

Dated:  July 8, 2011                          LAW OFFICES OF ANDREW L. PACKARD


By:_____
Erik M. Roper
Attorneys for Plaintiff
California Sportfishing Protection Alliance

Dated:  July 8, 2011                          LAW OFFICE OF JEFFORY J. SCHARFF


By:_____
Jeffory J. Scharff
Attorneys for Defendants
Gustafson Auto Wrecking And Towing, Inc., *et al*

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2

3        Good cause appearing, and the Parties having stipulated and agreed,

4        IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's

claims against Defendants Gustafson Auto Wrecking And Towing, Inc., Mr. Dale Gustafson and

5

Mr. Dan Gustafson as set forth in Plaintiff's 60-Day Notice Letter and Complaint filed in Case

6

No. 2:10-CV-01408-JAM-EFB (TEMP), are hereby dismissed with prejudice.

7

8        IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the

Parties with respect to disputes arising under the Consent Agreement attached to the Parties'

9

Stipulation to Dismiss as Exhibit A.

10

11        IT IS SO ORDERED.

12                                                    UNITED STATES DISTRICT COURT FOR THE
                                                      EASTERN DISTRICT OF CALIFORNIA

13

14

15   Dated:  7/11/2011                    /s/ John A. Mendez_____
                                          United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS WITH PREJUDICE;          CASE NO. 2:10-CV-01408-JAM-EFB (TEMP)
[PROPOSED] ORDER                                4