MICHAEL E. VINDING (SBN 178359)
BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone:  (916) 446-3400
Facsimile:  (916) 446-7159
mvinding@bradyvinding.com
Counsel for Defendants

ANDREW L. PACKARD (State Bar No. 168690)
LAURIE A. MIKKELSEN (State Bar No. 260313)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
Andrew@packardlawoffices.com
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br>            Plaintiff,<br>vs.<br>GUSTAFSON AUTO WRECKING AND TOWING, INC., a California corporation, DALE GUSTAFSON, an individual, and DAN GUSTAFSON, an individual,<br>            Defendants. | Case No. 2:10-CV-01408-JAM-EFB<br>**STIPULATED REQUEST TO VACATE CIVIL PENALTY; ORDER THEREON**<br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

Defendants Gustafson Auto Wrecking And Towing, Inc., and Dale Gustafson and Dan Gustafson ("GAW") and Plaintiff California Sportfishing Protection Alliance (hereinafter "CSPA" or "Plaintiff") hereby stipulate and request that the Court vacate the civil penalty order entered on May 31, 2013.

## FACTUAL SHOWING

The Parties jointly request that the Court vacate the civil penalty of $37,500 awarded by the Court on May 31, 2013.  Docket No. 58.

Defendants have fully complied with the terms stated below.  The terms are as follows:

1. The primary consideration offered by Defendants was to cease all operations and remove all cars and car parts to Plaintiff's good faith satisfaction in order to avoid any future violations of Federal Water Pollution Control Act (3 U.S.C. §§ 1251-1387), on the unpaved/uncovered portions of the approximately nine-acre vehicle dismantling facility located at 19748 Collyer Drive, in Redding, California (the "Facility") not later than December 31, 2013 and thereafter list the Facility property for sale.  This was completed as contemplated prior to December 31, 2013.

2. Defendants have publicly declared their intent to terminate regulation of the Facility under the General Permit by filing a Notice of Termination ("NOT") with the Regional Board on or about November 15, 2013.  The Regional Board issued an NOT effective December 13, 2013.  (A true and correct copy of the NOT is attached hereto as **Exhibit A).**

Thus, the parties request that the Court vacate the civil penalty awarded on May 31, 2013.


Dated:  February 5, 2014         LAW OFFICES OF ANDREW L. PACKARD

By:  /s/Andrew L. Packard
Andrew L. Packard (as authorized on 2/5/14)
Attorneys for Plaintiff California Sportfishing
Protection Alliance

Dated:  February 5, 2014         BRADY & VINDING

By:  /s/Michael E. Vinding
Michael E. Vinding
Attorneys for Defendants Gustafson Auto
Wrecking and Towing, Inc., Dan Gustafson
and Dale Gustafson


### ORDER

Based upon the Parties' agreement that Defendants have ceased operations, requested the permanent termination of permit coverage, and initiated efforts to sell the property in question, the Court hereby vacates the civil penalty of $37,500 awarded by the Court on May 31, 2013 (Docket No. 58).

1  Defendants have fully and timely complied with the terms set forth in the Order of May 31,
2  2013 to the satisfaction of the parties and the Court.
3  **IT IS SO ORDERED.**

5  Dated: February 6, 2014          /s/ John A. Mendez
6                                    HON. JOHN A. MENDEZ
                                     U.S. DISTRICT COURT JUDGE